UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DESIREA A. GETSINGER,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   1:14-CV-03127-SAB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REVERSED** and **REMANDED** for an award of benefits.  Judgment is entered for Plaintiff.

DATED:  December 22, 2015

                    SEAN F. McAVOY
                    Clerk of Court

                    By:  *s/Virginia Reisenauer*
                         Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**